UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NOS. 3:05-00027 & 3:12-00003 |
| | ) | JUDGE CAMPBELL |
| ROBERT EDWARD DENNIS | ) | |

ORDER

Pending before the Court are Motions to Appear as Co-Counsel (Docket No. 99, Case No. 3:05-00027; Docket No. 44 Case No. 3:2-00003). The Motions are GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE